# LAW OFFICE OF SAVANNAH ROBINSON

1822 Main
Danbury, Texas 77534
979-922-8825
Fax: 979-922-8857

www.savannah-robinson.com
email: savannahrobinson@aol.com

10 September 2014

Lyle Cayce, Clerk
Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

Re: McCaig v. Wells Fargo
    Cause No. 2:11-cv-00351

Dear Mr. Cayce;

Please consider this a supplementation pursuant to the Federal Rules of Appellate Procedure, Rule 28(j). A significant new decision has been issued by the Texas Supreme Court, clarifying the role of the "economic loss" rule in cases like the case at bar. This decision is found at: *Chapman Custom Homes, Inc. v. Dallas Plumbing Co.*, ---S.W. 3d ___, 2014 WL 4116839 (Tex. 2014).

The holding in the Chapman case, that "a party states a tort claim when the duty allegedly breached is independent of the contractual undertaking, and the harm suffered is not merely the economic loss of a contractual benefit" *Id., at \*2*, applies to Appellees argument, Issue 1(e), pages 15 – 18 of the Appellees' Brief. This holding controverts Appellants Reply Brief and argument, Issue B.4, pages 9 – 10.

Thanking you for your many courtesies.

Sincerely,

Savannah Robinson

Cc: W. Scott Hastings
Locke Lord
2200 Ross Ave., Suite 2200
Dallas, TX 75201
FAX: 214-756-8537

1